FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW PAUL LUNALILO BARTON,<br><br>  Defendant. | CASE NO: 2:24-CR-0152-TOR-3<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE |

On November 4, 2025, Javier Aranda-Franco appeared before Magistrate Judge Alexander C. Ekstrom, waived his right to have the undersigned United States District Judge take his plea, and entered a plea of guilty to Counts 1 and 13 of the Indictment through a written plea agreement, charging him with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028A, 2, respectively. *See* ECF Nos. 91, 93. The Defendant was represented by court-appointed counsel, Sandy Baggett. Assistant United States Attorney Michael Murphy appeared on behalf of the

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE ~ 1

government. On November 5, 2025, Magistrate Judge Alexander C. Ekstrom issued a Report and Recommendation (R&R) recommending the Court accept Defendant's pleas of guilty and set a deadline of 14 days for the filing of objections to the R&R. ECF No. 95. The deadline has now expired with no objections having been filed. Accordingly, the Court adopts the R&R and sets the following sentencing schedule.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. A sentencing hearing is set for **February 18, 2026, at 10:00 a.m.**, in Spokane Courtroom 902. Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2. The Defendant shall remain released to pretrial supervision pursuant to the release order in this matter. ECF No. 58. **<u>If a sentence of incarceration is imposed, the Defendant shall be taken into custody at the time of sentencing.</u>**

3. The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4. Not later than **January 7, 2026**, the probation officer shall disclose the Presentence Investigation Report to the Defendant, counsel for Defendant, and the

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE ~ 2

Government.  Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

     5.    Not later than **January 21, 2026**, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report.  If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

     6.    The probation officer shall submit the final Presentence Investigation Report to the Court by **February 4, 2026**.  The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

     7.    Not later than **February 4, 2026,** counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations.  **<u>FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.</u>**

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE ~ 3

8. Not later than **February 11, 2026**, the opposing party shall file and serve its response limited to no more than seven (7) pages.

9. If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the Court no later **February 11, 2026**. This includes the names of any party who requests to address the Court prior to the imposition of sentence. If either party anticipates sentencing argument taking more than 10 minutes, such request must be made to the Court no later than **February 11, 2026**.

10. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

11. The District Court Executive is authorized to accept Defendant's $100 (per count) payment which shall be applied to the Special Penalty Assessment.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED November 20, 2025.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE ~ 4